United States District Court
Southern District of Texas
**ENTERED**
January 23, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lawrence Adams, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION: H-19-3766 |
| Harris County Constable, et al, | § § § | |
| Defendants. | § | |

## ORDER

On January 6, 2020, this Court ordered Plaintiff to file an amended petition within fourteen days that is compliant with the issues raised in the Court's January 6 Order. The order cautioned Plaintiff that "[f]ailure to file an amended petition within fourteen days shall result in the dismissal of Plaintiffs' case."[1] More than fourteen days have passed, and Plaintiff has failed to file an amended petition. Thus, Plaintiff has failed to comply with the Court's January 6 order, and this case is therefore dismissed for want of prosecution. FED.R.Civ.P.41(b). Accordingly, the Court hereby

**ORDERS** that Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE.**

---

[1] *Order*, Document No. 13 at Page 3.

Signed this __23__ day of January, 2020.

_____
David Hittner
United States District Judge