IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lawrence Adams, | § § | |
| v. | § § | C.A. H-19-3766 |
| Harris County Constable, et al, | § § § | |

### ORDER

IT IS HEREBY ORDERED

That the Order of Dismissal (Document # 15) is hereby VACATED. This case will be reopened.

SIGNED at Houston, Texas, on this 27 day of January, 2020.

　　　　　　　　　　　　　　　　　　　　David Hittner
　　　　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　　　　United States District Judge